FILED
JAN 0 2 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

FILED
CHARLOTTE, NC
SEP 14 2023
US DISTRICT COURT
WESTERN DISTRICT OF NC

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
Western District of North Carolina

_____ Division

| | |
|---|---|
| Ra Saadi Lennox Hernandez el, JUAN CARLOS HERNANDEZ NAVARRETE- Cestui que trust.<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br>-v-<br>The office of the Warden, Scotland-C.I, 4860.<br>The office of the Warden, Alexander-CI, 4870.<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.) | Case No. 1:23CV271 (MOC)<br>_(to be filled in by the Clerk's Office)_ |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ra Saadi Lennox Hernandez el,
All other names by which you have been known: Juan Carlos Hernandez Navarrete - Cestui que trust.
ID Number: # 1283638,
Current Institution: Alexander - Correctional - Intitution,
Address: 633 - DLD LANDFILL, R D,
Taylorsville        NC,        28681.
         City        State        Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: John - Due
Job or Title *(if known)*: Superintendent/ Warden,
Shield Number: N/A
Employer:
Address: Scotland - Correctional Intitution, - 4860
Laurinburg        NC,        28352
         City        State        Zip Code
☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name: Ronnie Honeycutt
Job or Title *(if known)*: Superintendent/ Warden,
Shield Number: N/A
Employer:
Address: Alexander - Correctional Intitution - 4870
633 - DLD LANDFILL, R D,
Taylorsville        NC,        28681.
         City        State        Zip Code
☐ Individual capacity   ☑ Official capacity

Defendant No. 3
Name: N/A
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

| City | State | Zip Code |

☐ Individual capacity  ☐ Official capacity

Defendant No. 4
Name: N/A
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

| City | State | Zip Code |

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

my Civil Rights and liberty, Been Violated, also the Article 1, section, 9 - has Been Violated, my Amendmen 1, Amendmen V, - Amendmen IX, - Amendmen XIV, all my constitutionaly has Been Violated, also the defendant the in violation of title - 18, section - 241 - and 242, of the united - States, code

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

X

I, been over punish and deprive of my liberty without due process I was only sentence to "30" days by the "DHO" officer and as of today I have done "60" day over 30" days Both defendant are the Warden of the Institution.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Scotland- Correctional,- Intitution- 4860.
6/8/23
Alexander-Correctional- Intitution- 4870.
8/8/23

C. What date and approximate time did the events giving rise to your claim(s) occur?

7/8/23.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

At, 06/08/23, Scotland Correction, I Went to Segregation and a Week later I Went to "DHO" Where the DHO, Sentence me to "30" days, In RHCP. My off day Was, 7/8/2023. Instead of letting me In population, Scotland Keat me in the seg With out any due process and then Sent me to Alexander, C.I, on 8/8/23, Where they also Kept me.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The defendant has threat me and may liberty by trying Cause Bodily Harm resalted In me having emotional distress and me lost Wages, is on the Record, of the Scotland, C.I, and Alexander C.I,

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Declare both, defendant, Violated, Plaintiff, Civil rights,

award compensatory damages for Plaintiff, physical and emotional Injuries, and punitive damages against each defendant
and Grant plaintiff, Such other relief as it may appear - Plaintiff is Im entitled, to.

I requsting money damages and/or punitive damages from each defandant In the amounts, of $ 5,000000. Million For each

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Alexander- Correctional Intitution, 4870.
Scotland- Correctional Intitution, 4860.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

See EXHIBIT, "A"

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

I did File a grievance, In north Carolina department of adult, Scotland, CI, 4860, and Alexander, CI, 4890-

2. What did you claim in your grievance?

I, been over punish and deprive of my liberty With Out due process, I Was only sentence to 30" days See.- EXHIBIT, "A"
I, have done 60 day over 30" days Both defendant are the Warden of the Institution,

3. What was the result, if any?

Due - process, Violation

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Regarding Grievance No. 4860-2023-LPODA-22889 Was received: 08/01/2023,
See. EXHIBIT, "A"

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Plaintiff, use the-Prison litigation Reform Act (PLRA) to exhausted all my administrative remedies, I Request from the office of the Warden, of scotland and Alexander the forms, BP-9, BP-10, BP-11, See, EXHIBIT, "C"

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) See, EXHIBIT,-A, See, EXHIBIT,-B,- See, EXHIBIT,- C. See, EXHIBIT, D.

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __Aa Saadi Lennox Hernandez el, JUAN CARLOS HERNANDEZ NAVARRETE- Cestui que trust.__
   Defendant(s) __The office of the Warden, Scotland, C.I., 4860__

2. Court *(if federal court, name the district; if state court, name the county and State)*
   __Cleveland County, North Carolina,__

3. Docket or index number  __21R80,__

4. Name of Judge assigned to your case
   __N/A__

5. Approximate date of filing lawsuit
   __Recorded - 04/09/2021; BK 1837 - PG 2747 - 2749 (3)__

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition.  __N/A__

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __N/A__

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)     N/A
   Defendant(s)    

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition     N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/11/2023

Signature of Plaintiff: *Ra Saadi Lennox Hernandez el*
Printed Name of Plaintiff: Ra Saadi Lennox Hernandez el
Prison Identification #: 1283638
Prison Address: 633 Old landfill rd, Taylorsville, NC, 28681

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address