IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RA SAADI LENNOX HERNANDEZ EL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:24-CV-3 |
| WARDEN OF SCOTLAND CORRECTIONAL, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed, though the plaintiff did file a premature notice of appeal. Doc. 9. In that filing, the plaintiff did not identify any particular error in the recommendation. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that this action is dismissed pursuant to 28 U.S.C. § 1915A for being frivolous and for failing to state a claim upon which relief may be granted.

This the 3rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE