FILED: August 30, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-6157
(1:24-cv-00003-CCE-LPA)

_____

CARLOS HERNANDEZ, a/k/a Ra Saadi Lennox Hernandez El

       Plaintiff - Appellant

v.

DEAN LOCKLEAR, Superintendent/Warden of Scotland Correctional Institution, in their individual and official capacity; JOHN DOE, Sergeant, (SRG) Staff-Officer, in their individual and official capacity; JOHN DOE, Sergeant, Walker, Staff-Officer, in their individual and official capacity; JOHN DOE, K-9, John Doe, Staff, Officer, in their individual and official capacity; JOHN DOE, Staff (John Doe) Member, Officer, in their individual and official capacity; JOHN DOE, Staff (John Doe) Member, Officer, in their individual and official capacity; JOHN DOE, (DHO) John Doe, Member, Officer, in their individual and official capacity

       Defendants - Appellees

_____

## J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

       /s/ NWAMAKA ANOWI, CLERK